Opinion issued August 31, 2010

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-09-01137-CV

____________

 

WACHOVIA BANK, N.A., Appellant

 

V.

 

BRIDGE INVESTMENTS, L.P., Appellee

 

 

 



On Appeal from the 151st District Court

Harris County, Texas

Trial Court Cause No. 09-00513

 

 

 



MEMORANDUM
OPINION

          On August 18,
2010, appellant, Wachovia Bank, N.A., filed an unopposed motion to dismiss
Wachovia Bank’s appeal, indicating that the parties have reached a settlement
that renders this appeal unnecessary.  No
opinion has issued.  Accordingly, the
motion is granted, and the appeal is dismissed.  See Tex.
R. App. P. 42.1(a) (1).  Pursuant
to the parties’ agreement, costs and fees are taxed against the party incurring
the same.

          Any pending
motions in this appeal are overruled as moot. 
The Clerk is directed to issue mandate within 10 days of the date of
this opinion.  See Tex. R. App. P. 18.1.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Bland and
Sharp.